IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50012
Summary Calendar
_____

JESUS MIRANDA, et al.,

                                        Plaintiffs,

JESUS MIRANDA,

                                        Plaintiff-Appellant,


versus
CITY OF EL PASO, TEXAS, et al.,

                                        Defendants,

CITY OF EL PASO, TEXAS, et al.,

                                        Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-94-CV-163
- - - - - - - - - - -
March 27, 1997
Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Jesus Miranda appeals from the district court's grant of a
motion for summary judgment in favor of the defendants in his
civil rights suit under 42 U.S.C. § 1983.  Miranda argues that
the district court erred in granting the defendants' motion for
summary judgment because a factual dispute exists with respect to
whether his arrest for the drug offenses was supported by
probable cause.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Miranda failed to present evidence sufficient to establish the existence of a genuine issue of material fact demonstrating a policy or custom which caused the purported constitutional violation.  See Colle v. Brazos County, Tex., 981 F.2d 237, 244 (5th Cir. 1993).  The judgment of the district court is AFFIRMED.

AFFIRMED.